# UNITED STATES DISTRICT COURT
Middle District of North Carolina

ARCHIE LEWIS MILLER, )
)
Petitioner, )
) 1:05CV30
v )
)
CLINTON HOLT, Supt of Randolph )
Correction Center, et al , )
)
Respondent )

## J-U-D-G-M-E-N-T

For the reasons set forth in the order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondent's motion to dismiss on statue of limitations grounds [Pleading No 3] be **GRANTED**, that Petitioner's writ of habeas corpus [Pleading No 1] be **DENIED**, and that this action be dismissed with prejudice Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued

UNITED STATES DISTRICT JUDGE

DATE August 9, 2005